# United States District Court

## FOR THE
## NORTHERN DISTRICT OF CALIFORNIA
## CRIMINAL DIVISION



VENUE: SAN FRANCISCO

CR 08 0296

---

UNITED STATES OF AMERICA,

V.

FERNANDO LOPEZ-MARTINEZ
a/k/a Fernando Martinez,
a/k/a Fernando Martinez-Lopez,
a/k/a Fernando Lopez,

DEFENDANT.

---

# INDICTMENT

8 U.S.C. § 1326 - Illegal Reentry Following Deportation

---

A true bill.

_____
Foreman

Filed in open court this ___6 th___ day of
___May 2008___

BETTY FONG
_____
Clerk

No process

Bail, $

EDWARD M. CHEN
UNITED STATES MAGISTRATE JUDGE

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☑ INDICTMENT
☐ SUPERSEDING

─── OFFENSE CHARGED ───

Title 8 U.S.C., Section 1326 - Illegal Reentry by
an Alien After Deportation (Class C Felony)

☐ Petty
☐ Minor
☐ Misde-
  meanor
☑ Felony

PENALTY:
Maximum Prison Term of 20 Years;
Maximum Fine $250,000;
Maximum Term of Supervised Release of 3 Years;
Mandatory Special Assessment of $100.

─── PROCEEDING ───
Name of Complaintant Agency, or Person (&Title, if any)

Department of Homeland Security/Immigration Customs Enforcement

☐ person is awaiting trial in another Federal or State
Court, give name of court

☐ this person/proceeding is transferred from another
district per (circle one) FRCrP 20, 21 or 40. Show
District

☐ this is a reprosecution of
charges previously dismissed
which were dismissed on
motion of:
☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a
pending case involving this same
defendant

☑ prior proceedings or appearance(s)
before U.S. Magistrate regarding
this defendant were recorded under

} SHOW
DOCKET NO.

MAGISTRATE
CASE NO.

08-70261

Name and Office of Person
Furnishing Information on
THIS FORM

**JOSEPH P. RUSSONIELLO**

☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)    TAREK J. HELOU

─── Name of District Court, and/or Judge/Magistrate Location ───
NORTHERN DISTRICT OF CALIFORNIA

─── DEFENDANT - U.S. ───

▶ FERNANDO LOPEZ-MARTINEZ

DISTRICT COURT NUMBER

CR 08    0296 JSW

─── DEFENDANT ───

**IS *NOT* IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding.
If not detained give date any prior summons
was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☑ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges

} ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer
been filed?    ☐ Yes    } If "Yes"
              ☐ No       give date
                         filed

DATE OF
ARREST ▶    Month/Day/Year
            4/29/2008

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ▶    Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☑ WARRANT    Bail Amount: NO BAIL

If Summons, complete following:

☐ Arraignment ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons
or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. |
|---|---|---|
| Plaintiff, | ) | VIOLATION:  8 U.S.C. § 1326 – Illegal Reentry Following Deportation |
| v. | ) | |
| FERNANDO LOPEZ-MARTINEZ, | ) | SAN FRANCISCO VENUE |
| a/k/a Fernando Martinez, | ) | |
| a/k/a  Fernando Martinez-Lopez, | ) | |
| a/k/a Fernando Lopez, | ) | |
| Defendant. | ) | |

INDICTMENT

The Grand Jury charges:

On or about May 12, 2000, August 22, 2001, April 11, 2002, February 24, 2003, July 16, 2004, and May 26, 2007, the defendant,

FERNANDO LOPEZ-MARTINEZ,
a/k/a Fernando Martinez,
a/k/a Fernando Martinez-Lopez,
a/k/a Fernando Lopez,

an alien, was excluded, deported and removed from the United States, and knowingly and voluntarily reentered the United States and, thereafter, on or about April 29, 2008, was found in

INDICTMENT                                    1

1  the Northern District of California, the Attorney General of the United States and the Secretary for

2  Homeland Security not having expressly consented to a re-application by the defendant for

3  admission into the United States, in violation of Title 8, United States Code, Section 1326.

4

5  DATED:                                                    A TRUE BILL.

6

7                                                            _____
                                                            FOREPERSON

8  JOSEPH P. RUSSONIELLO
   United States Attorney

9

10

11  GREGG W. LOWDER
    Chief, Major Crimes Section

12

13  (Approved as to form: _____
                          AUSA HELOU

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

INDICTMENT                                    2