1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17    STIPULATION AND [PROPOSED] ORDER
      EXCLUDING TIME UNDER 18 U.S.C. § 3161
18
19
20
21
22
23
24
25
26
27
28