JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

TAREK J. HELOU (CABN 218225)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7071
    Facsimile: (415) 436-7234
    Tarek.J.Helou@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>     Plaintiff, ) <br> ) <br>     v. ) <br> ) <br> FERNANDO LOPEZ-MARTINEZ, ) <br>     a/k/a Fernando Martinez-Lopez, ) <br>     a/k/a Fernando Martinez, ) <br>     a/k/a Fernando Lopez, ) <br> ) <br>     Defendant. ) <br> _____ ) | CR No. 08-296 JSW <br><br> STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER 18 U.S.C. § 3161 |

    The parties are scheduled to appear before the Court on May 22, 2008, for the initial status conference in District Court. Counsel for the government will be out of town at a funeral on May 22, 2008, and out of town at another funeral on May 29, 2008, the court's next scheduled criminal law and motion date. Consequently, the parties request that the Court change the May 22, 2008 status conference to June 5, 2008. The parties request that the Court exclude

STIP. & [PROPOSED] ORDER EXCL. TIME
CR 08-296 JSW    1

1  all time under the Speedy Trial Act between May 22, 2008 and June 5, 2008.  The parties agree
2  that the length of the continuance is the reasonable time necessary for continuity of government
3  counsel.  18 U.S.C. § 3161(h)(8)(B)(iv).  The parties also agree that the ends of justice served by
4  granting such a continuance outweigh the best interests of the public and the defendant in a
5  speedy trial.  18 U.S.C. § 3161(h)(8)(A).

7  SO STIPULATED:

                                           JOSEPH P. RUSSONIELLO
9                                          United States Attorney

11 DATED: May 20, 2008                             /s/
                                           TAREK J. HELOU
12                                         Assistant United States Attorney

14 DATED: May 20, 2008                             /s/
                                           ERIC MATTHEW HAIRSTON
15                                         Attorney for Defendant FERNANDO LOPEZ-MARTINEZ

17    For the reasons stated above, the Court moves  the parties' initial status conference in
18 District Court to June 5, 2008 at 2:30 p.m.  Additionally, the Court finds that exclusion of time
19 from May 22, 2008 through June 5, 2008 is warranted and that the ends of justice served by the
20 continuance outweigh the best interests of the public and the defendant in a speedy trial.  18
21 U.S.C. § 3161(h)(8)(A).  The failure to grant the requested continuance would deny the
22 government continuity of counsel, and would result in a miscarriage of justice.  18 U.S.C.
23 §3161(h)(8)(B)(iv).

25 SO ORDERED.

27 DATED:_____                    _____
                                           THE HONORABLE JEFFREY S. WHITE
28                                         United States District Judge

STIP. & [PROPOSED] ORDER EXCL. TIME
CR 08-296 JSW                                                                              2