1   JOSEPH P. RUSSONIELLO (CABN 44332)
    United States Attorney
2

3   BRIAN J. STRETCH (CABN 163973)
    Chief, Criminal Division
4

5   TAREK J. HELOU (CABN 218225)
    Assistant United States Attorney
6
        450 Golden Gate Avenue, Box 36055
7       San Francisco, California  94102
        Telephone:    (415) 436-7071
8       Facsimile:    (415) 436-7234
        Tarek.J.Helou@usdoj.gov
9

10  Attorneys for Plaintiff

11

12                  UNITED STATES DISTRICT COURT

13                NORTHERN DISTRICT OF CALIFORNIA

14                    SAN FRANCISCO DIVISION

15

16  UNITED STATES OF AMERICA,          )   CR No. 08-296 JSW
                                       )
17          Plaintiff,                 )   STIPULATION AND [PROPOSED] ORDER
                                       )   EXCLUDING TIME UNDER 18 U.S.C. § 3161
18  v.                                 )   AND GRANTING REQUEST FOR
                                       )   CONTINUANCE
19  FERNANDO LOPEZ-MARTINEZ,           )
        a/k/a Fernando Martinez-Lopez, )
20      a/k/a Fernando Martinez,       )
        a/k/a Fernando Lopez,          )
21                                     )
            Defendant.                 )
22  _____)

23

24          The parties are scheduled to appear before the Court on May 22, 2008, for the initial

25  status conference in District Court.  Counsel for the government will be out of town at a funeral

26  on May 22, 2008, and out of town at another funeral on May 29, 2008, the court's next

27  scheduled criminal law and motion date.  Consequently, the parties request that the Court change

28  the May 22, 2008 status conference to June 5, 2008.  The parties request that the Court exclude

1  all time under the Speedy Trial Act between May 22, 2008 and June 5, 2008. The parties agree

2  that the length of the continuance is the reasonable time necessary for continuity of government

3  counsel. 18 U.S.C. § 3161(h)(8)(B)(iv). The parties also agree that the ends of justice served by

4  granting such a continuance outweigh the best interests of the public and the defendant in a

5  speedy trial. 18 U.S.C. § 3161(h)(8)(A).

6

7  SO STIPULATED:

8
                                    JOSEPH P. RUSSONIELLO
9                                   United States Attorney

10

11  DATED: May 20, 2008            _____
                                            /s/
12                                  TAREK J. HELOU
                                    Assistant United States Attorney

13

14  DATED: May 20, 2008            _____
                                            /s/
15                                  ERIC MATTHEW HAIRSTON
                                    Attorney for Defendant FERNANDO LOPEZ-MARTINEZ

16

17      For the reasons stated above, the Court moves  the parties' initial status conference in

18  District Court to June 5, 2008 at 2:30 p.m. Additionally, the Court finds that exclusion of time

19  from May 22, 2008 through June 5, 2008 is warranted and that the ends of justice served by the

20  continuance outweigh the best interests of the public and the defendant in a speedy trial. 18

21  U.S.C. § 3161(h)(8)(A). The failure to grant the requested continuance would deny the

22  government continuity of counsel, and would result in a miscarriage of justice. 18 U.S.C.

23  §3161(h)(8)(B)(iv).

24

25  SO ORDERED.

26

27  DATED: _May 21, 2008_          _____
                                    THE HONORABLE JEFFREY S. WHITE
28                                  United States District Judge

STIP. & [PROPOSED] ORDER EXCL. TIME
CR 08-296 JSW                                                              2