1 | JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney
2
3 | BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division
4
5 | TAREK J. HELOU (CABN 218225)
Assistant United States Attorney
6
   450 Golden Gate Avenue, Box 36055
7 | San Francisco, California 94102
   Telephone:   (415) 436-7071
8 | Facsimile:   (415) 436-7234
   Tarek.J.Helou@usdoj.gov
9
10 | Attorneys for Plaintiff

ORIGINAL
FILED
MAY 19 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | CR No. 08-296 JSW |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER 18 U.S.C. § 3161 |
| v. | ) | |
| FERNANDO LOPEZ-MARTINEZ, a/k/a Fernando Martinez-Lopez, a/k/a Fernando Martinez, a/k/a Fernando Lopez, | ) | |
| Defendant. | ) | |

On May 1, 2008, the parties in this case appeared before the Court for the defendant's detention hearing, which took place on May 6, 2008. The parties agreed that time between May 1, 2006 and May 8, 2006 should be excluded because the government's motion for detention was pending. 18 U.S.C. § 3161(h)(1)(F).

//

STIP. & [PROPOSED] ORDER EXCL. TIME
CR 08-296 JSW                                                                                       1

1  The parties appeared before the court again on May 15, 2008. The parties requested that
2  the Court exclude all time under the Speedy Trial Act between May 15, 2008 and May 22, 2008
3  because the government produced documents to defense counsel, which defense counsel must
4  review, and because the defendant has a new attorney, who must familiarize himself with the
5  case. The parties agree that the length of the continuance is the reasonable time necessary for
6  preparation of defense counsel and continuity of defense counsel. 18 U.S.C. §
7  3161(h)(8)(B)(iv). The parties also agree that the ends of justice served by granting such a
8  continuance outweigh the best interests of the public and the defendant in a speedy trial. 18
9  U.S.C. § 3161(h)(8)(A).

11  SO STIPULATED:

JOSEPH P. RUSSONIELLO
United States Attorney

15  DATED: May 19, 2008            /s/
TAREK J. HELOU
Assistant United States Attorney

18  DATED: May 19, 2008            /s/
ERIC MATTHEW HAIRSTON
Attorney for Defendant FERNANDO LOPEZ-MARTINEZ

21  For the reasons stated above, the Court finds that exclusion of time from May 1, 2008
22  through May 6, 2008 is warranted because the government's motion for detention was pending
23  before the Court. 18 U.S.C. § 3161(h)(1)(F).
24  Additionally, the Court finds that exclusion of time from May 15, 2008 through May 22,
25  2008 is warranted and that the ends of justice served by the continuance outweigh the best
26  interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161 (h)(8)(A). The
27  failure to grant the requested continuance would deny the defendant effective preparation of
28  //

STIP. & [PROPOSED] ORDER EXCL. TIME
CR 08-296 JSW                                                                                    2

Case 3:08-cr-00296-JSW   Document 5   Filed 05/19/2008   Page 3 of 3

1  //
2  counsel and continuity of counsel, and would result in a miscarriage of justice.  18 U.S.C.
3  §3161(h)(8)(B)(iv).
4
5  SO ORDERED.
6
7  DATED: 5/19/08
8  THE HONORABLE EDWARD M. CHEN
   United States District Judge

STIP. & [PROPOSED] ORDER EXCL. TIME
CR 08-296 JSW

3