UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTE ORDER

**Date: June 5, 2008**

**Case No. CR-08-296 JSW**          **Judge: Jeffrey S. White**

**United States of America   v.   Fernando Lopez-Martinez**
**Defendant**
**Present (X) Not Present ( ) In-Custody (X)**

| Tarek Helou | Eric Hairston |
| U.S. Attorney | Defense Counsel |

**Deputy Clerk: Jennifer Ottolini**          **Court Reporter: Connie Kuhl**
                                            **Spanish Int.: Melinda Basker**

## PROCEEDINGS

**REASON FOR HEARING:** Trial Setting

**RESULT OF HEARING:**

Case Continued to 7-3-08 at 2:30 p.m. for Change of Plea

**TIME EXCLUDABLE PURSUANT TO 18 U.S.C. § 3161**