**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CRIMINAL MINUTE ORDER**

Date:   July 3, 2008

Case No. CR-08-296 JSW                    Judge: Jeffrey S. White

United States of America   v.   Fernando Lopez-Martinez
                                Defendant
                                Present ( X ) Not Present (  ) In-Custody (X)

| Tarek Helou | Eric Hairston |
| U.S. Attorney | Defense Counsel |

Deputy Clerk: Jennifer Ottolini          Court Reporter: Jim Yeomans
                                         Spanish Int.: Nina Enoch-Safdie

**PROCEEDINGS**

**REASON FOR HEARING:** Trial Setting

**RESULT OF HEARING:**

Case Continued to 7-17-08 at 2:30 p.m. for Trial Setting / Change of Plea

**TIME EXCLUDABLE PURSUANT TO 18 U.S.C. § 3161**