UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

**Date:** July 17, 2008   [2:52pm - 2:53pm]   **JUDGE:** Jeffrey S. White

**Case No:** CR-08-0296 JSW

**Case Name:** UNITED STATES **v.** Fernando Lopez-Martinez (IC)

**Attorney for Plaintiff:** Tarek Helou
**Attorney for Defendant:** Eric Hairston

**Deputy Clerk:** Monica Narcisse for Jennifer Ottolini     **Court Reporter**: Lydia Zinn

**Interpreter:** Melinda Basker     **Probation Officer**:

**PROCEEDINGS**

Status

**CASE CONTINUED TO:** July 24, 2008 @ 2:30 pm **for** Change of Plea.

_____

**EXCLUDABLE DELAY:** Category Effective Preparation Begins 7-17-2008 Ends 7-24-2008
_____

**cc:**