1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2

3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4

5  TAREK J. HELOU (CABN 218225)
   Assistant United States Attorney
6
       450 Golden Gate Avenue, Box 36055
7      San Francisco, California  94102
       Telephone:    (415) 436-7071
8      Facsimile:    (415) 436-7234
       Tarek.J.Helou@usdoj.gov
9

10 Attorneys for Plaintiff

11

12                     UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

14                         SAN FRANCISCO DIVISION

15

16 UNITED STATES OF AMERICA,        )  CR No. 08-296 JSW
                                    )
17         Plaintiff,               )  STIPULATION AND [PROPOSED] ORDER
                                    )  EXCLUDING TIME UNDER 18 U.S.C. § 3161
18      v.                          )
                                    )
19 FERNANDO LOPEZ-MARTINEZ,         )
       a/k/a Fernando Martinez-Lopez,)
20     a/k/a Fernando Martinez,     )
       a/k/a Fernando Lopez,        )
21                                  )
           Defendant.               )
22 _____ )

23

24      On July 17, 2008, the parties in this case appeared before the Court and requested that the

25 Court exclude time from July 17, 2008 through July 24, 2008 from Speedy Trial Act calculations

26 because defense counsel needed additional time to review the proposed plea agreement.  The

27 parties represented to the Court that the length of the requested continuance was the reasonable

28 amount of time necessary for effective preparation of counsel, taking into account the exercise of

STIP. & [PROPOSED] ORDER EXCL. TIME
CR 08-296 JSW                                                                                    1

1  due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv).  The parties also agreed that the ends of justice

2  served by this continuance outweighed the best interests of the public and the defendant in a

3  speedy trial.  18 U.S.C. § 3161(h)(8)(A).

5  SO STIPULATED:

                                    JOSEPH P. RUSSONIELLO
7                                   United States Attorney

9  DATED: July 21, 2008                  /s/
                                    TAREK J. HELOU
10                                  Assistant United States Attorney

12 DATED: July 21, 2008                  /s/
                                    ERIC MATTHEW HAIRSTON
13                                  Attorney for Defendant FERNANDO LOPEZ-MARTINEZ

15      As the Court stated on July 17, 2008, and for the reasons identified above, the Court finds

16 that time from July 17, 2008 through July 24, 2008 shall be excluded from Speedy Trial Act

17 calculations for effective preparation of counsel.  18 U.S.C. § 3161(h)(8)(A).  Failing to grant the

18 requested continuance would deny defense counsel reasonable time necessary for effective

19 preparation, taking into account the exercise of due diligence, and would result in a miscarriage

20 of justice.  18 U.S.C. § 3161(h)(8)(B)(iv).

22 SO ORDERED.

24 DATED:_____           _____
                                    THE HONORABLE JEFFREY S. WHITE
25                                  United States District Judge