JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

TAREK J. HELOU (CABN 218225)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone:    (415) 436-7071
    Facsimile:    (415) 436-7234
    Tarek.J.Helou@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>     Plaintiff, ) <br> ) <br>     v. ) <br> ) <br> FERNANDO LOPEZ-MARTINEZ, ) <br>    a/k/a Fernando Martinez-Lopez, ) <br>    a/k/a Fernando Martinez, ) <br>    a/k/a Fernando Lopez, ) <br> ) <br>     Defendant. ) <br> _____ ) | CR No. 08-296 JSW <br><br> STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER 18 U.S.C. § 3161 |

    On July 17, 2008, the parties in this case appeared before the Court and requested that the Court exclude time from July 17, 2008 through July 24, 2008 from Speedy Trial Act calculations because defense counsel needed additional time to review the proposed plea agreement. The parties represented to the Court that the length of the requested continuance was the reasonable amount of time necessary for effective preparation of counsel, taking into account the exercise of

STIP. & [PROPOSED] ORDER EXCL. TIME
CR 08-296 JSW    1

1  due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv). The parties also agreed that the ends of justice
2  served by this continuance outweighed the best interests of the public and the defendant in a
3  speedy trial. 18 U.S.C. § 3161(h)(8)(A).
4
5  SO STIPULATED:
6
7                                  JOSEPH P. RUSSONIELLO
                                   United States Attorney
8
9  DATED: July 21, 2008                    /s/
                                   TAREK J. HELOU
10                                 Assistant United States Attorney
11
12 DATED: July 21, 2008                    /s/
                                   ERIC MATTHEW HAIRSTON
13                                 Attorney for Defendant FERNANDO LOPEZ-MARTINEZ
14
15    As the Court stated on July 17, 2008, and for the reasons identified above, the Court finds
16 that time from July 17, 2008 through July 24, 2008 shall be excluded from Speedy Trial Act
17 calculations for effective preparation of counsel. 18 U.S.C. § 3161(h)(8)(A). Failing to grant the
18 requested continuance would deny defense counsel reasonable time necessary for effective
19 preparation, taking into account the exercise of due diligence, and would result in a miscarriage
20 of justice. 18 U.S.C. § 3161(h)(8)(B)(iv).
21
22 SO ORDERED.
23
24 DATED: July 22, 2008           _____
                                   THE HONORABLE JEFFREY S. WHITE
25                                 United States District Judge
26
27
28

STIP. & [PROPOSED] ORDER EXCL. TIME
CR 08-296 JSW                                                                              2