# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL MINUTE ORDER

Date: July 24, 2008

Case No. CR-08-296 JSW           Judge: Jeffrey S. White

United States of America  v.   Fernando Lopez-Martinez
                               Defendant
                               Present (X) Not Present ( ) In-Custody (X)

Tarek Helou                                Eric Hairston
U.S. Attorney                              Defense Counsel

Deputy Clerk: Jennifer Ottolini            Court Reporter: Katherine Sullivan
                                           Spanish Int.: Melinda Basker

### PROCEEDINGS

**REASON FOR HEARING:** Change of Plea

**RESULT OF HEARING:**   The Defendant is sworn.
The Court voir dired the Defendant re: Change of Plea
The Defendant pled guilty to Count 1 of the Indictment in violation of 8 USC § 1326 (b), illegal entry into the United States following deportation.

The Court accepted the plea of guilty.
The Plea Agreement is ordered filed.
The Court reserved ruling on acceptance of the plea agreement pending receipt of a probation report.

The Defendant is referred to the US Probation Office for the preparation of a pre-sentence report.

The Defendant remains in U. S. Marshal custody.

Matter continued to 10-30-08 at 2:30 p.m. for Judgment and Sentencing